IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00045 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| GAFFNEY ENTERPRISES, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Pending before the Court is Plaintiff's notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), which permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party has served either an answer or a motion for summary judgment. (Doc. No. 8). Defendants have filed neither an answer nor a motion for summary judgment, and therefore the notice sufficed to dismiss this action without any action on the part of the Court. Because Plaintiff has stated that the dismissal is without prejudice, the dismissal in fact is without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED without prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE