Antonio Bone

                        Plaintiff,

v.                                                   Case No.: 3:23−cv−00045

Gaffney Enterprises, LLC, et al.

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/26/2023 re [9].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk